United States District Court
Southern District of Texas

**ENTERED**

July 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ABDULLAH SAMIULLAH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-89 |
| | § | |
| PAM BONDI[1] *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Petitioner's Writ of Habeas Corpus and Respondents' Motion to Dismiss to United States Magistrate Judge Christopher dos Santos for a Report and Recommendation (Dkt. No. 23). After holding a hearing, Judge dos Santos found that Petitioner met his burden under the *Zadvydas v. Davis*, 533 U.S. 678 (2001) framework to demonstrate that his removal was not reasonably foreseeable, and that Respondents failed to rebut that showing (Dkt. No. 34 at 5–9). According to Respondents, Petitioner has no known criminal history (Dkt. No. 34 at 3). Considering all factors, Judge dos Santos recommends Petitioner's release pursuant to 8 U.S.C. § 1231(a)(3) (Dkt. No. 34 at 9). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at \*2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN**

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

**WHOLE** Judge dos Santos's Report and Recommendation (Dkt. No. 34).

Accordingly, Petitioner's Writ of Habeas Corpus is **GRANTED** (Dkt. No. 1). Respondents' Motion to Dismiss is **DENIED** (Dkt. No. 13).

Respondents are **ORDERED** to **RELEASE** Petitioner from custody to a public place **no later than 5:00 p.m. on July 8, 2026**. Petitioner's release is subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.

Respondents are **ORDERED** to **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and **no less than two hours before his release**. The parties are **ORDERED** to file a Joint Status Report **no later than 5:00 p.m. on July 10, 2026**, confirming that Petitioner has been released.

It is so **ORDERED**.

**SIGNED** July 6, 2026.

Marina Garcia Marmolejo
United States District Judge

2